Mandatory Chambers Copy

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>1117 NORTH ALMANSOR STREET,<br>ALHAMBRA, CALIFORNIA,<br><br>    Defendant.<br><br>NANCY YIH, aka "I-YUN YIH LU,"<br>aka "I YUN YIH,"<br><br>    Claimant. | No. CV 14-07148-PJW<br><br>[~~PROPOSED~~] **CONSENT JUDGMENT AS TO 1117 NORTH ALMANSOR STREET, ALHAMBRA, CALIFORNIA** |

    Plaintiff, the United States of America ("plaintiff" or the "government"), and Claimant Nancy Yih, aka "I-Yun Yih Lu," aka "I Yun Yih ("Yih" or "Claimant") have made a stipulated request for the entry of this Consent Judgment.

    The court, having considered the stipulation of the parties, and good cause appearing therefor, HEREBY ORDERS, ADJUDGES AND DECREES:

    1.    The government has given and published notice of this action as required by law, including Rule G of the Supplemental

Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court. No Person or entity other than Yih has filed a timely claim or answer, and the time for filing claims and answers has expired. This Court has jurisdiction over the parties and the defendant real property. Any potential claimants to the defendant real property other than Yih are deemed to have admitted the allegations of the complaint. Nothing in this consent judgment is intended or should be interpreted as an admission of wrongdoing by Claimant, nor should this consent judgment be admitted in any criminal proceeding against Claimant to prove any of the facts relied upon to establish reasonable cause for the initiation of this action against the defendant property.

2. The United States of America shall have judgment to the defendant real property and all proceeds from the sale of the defendant real property, located at: 1117 North Almansor Street, Alhambra, California, Assessor's Parcel No. 5322-006-005, more particularly described as:

> The real property in the City of Alhambra, County of Los Angeles, State of California, described as: Lot 24 of Tract No. 11963, in the City of Alhambra, County of Los Angeles, State of California, as per Map recorded in Book 220, Pages 27 and 28 of Maps, in the Office of the County Recorder of said County.

3. No other right, title, or interest to the defendant real property shall exist therein. The government is ordered to dispose of the forfeited property in accordance with law.

4. The court finds that there was reasonable cause for the institution of this action. This judgment constitutes a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

5. Each of the parties shall bear its own fees and costs in connection with this action.

DATED: 3/8/2019

HONONABLE PATRICK J. WALSH
UNITED STATES CHIEF MAGISTRATE JUDGE

PRESENTED BY:

/s/John J. Kucera
JOHN J. KUCERA
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA