Mandatory Chambers Copy

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>1500 LOMBARDY ROAD, PASADENA, CALIFORNIA,<br><br>Defendant.<br><br>────────────────────────<br><br>NANCY YIH, aka "I-YUN YIH LU," aka "I YUN YIH,"<br><br>Claimant. | No. CV 14-07148-PJW<br><br>[~~PROPOSED~~] **CONSENT JUDGMENT AS TO NET PROCEEDS OF THE INTERLOCUTORY SALE OF THE REAL PROPERTY KNOWN AS 1500 LOMBARDY ROAD, PASADENA, CALIFORNIA** |

Plaintiff, the United States of America ("plaintiff" or the "government"), and Claimant Nancy Yih, aka "I-Yun Yih Lu," aka "I Yun Yih ("Yih" or "Claimant") have made a stipulated request for the entry of this Consent Judgment.

The court, having considered the stipulation of the parties, and good cause appearing therefor, HEREBY ORDERS, ADJUDGES AND DECREES:

1. The government has given and published notice of this action as required by law, including Rule G of the Supplemental

Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court. No person or entity other than Claimant has filed a timely claim or answer, and the time for filing claims and answers has expired. This Court has jurisdiction over the parties and the defendant real property. Any potential claimants to the defendant real property other than Claimant are deemed to have admitted the allegations of the complaint. Nothing in this consent judgment is intended or should be interpreted as an admission of wrongdoing by Claimant, nor should this consent judgment be admitted in any criminal proceeding against Claimant to prove any of the facts relied upon to establish reasonable cause for initiation of this action against the defendant real property. The defendant real property was sold pursuant to an interlocutory sale order entered by this Court on February 28, 2017 (DN 52), resulting in net proceeds (i.e., a "substitute res") of $8,800,783.22.

2. The United States of America shall have judgment as the substitute res, representing the net proceeds of the sale of the defendant real property, located at: 1500 Lombardy Road, Pasadena, California, Assessor's Parcel No. 5327-007-040, more particularly described as:

> All that certain real property situated in the County of Los Angeles, State of California, described as follows: Lot 5 and the West 50 feet of Lot 6 of Tract No. 7988, in the City of Pasadena, in County of Los Angeles, State of California, as per map recorded in Book 127 Page(s) 60 and 61 of Maps, in the office of the County Recorder of said County. Except therefrom all water which may be developed on said land, or any part

thereof, in excess of that quantity which can reasonable be used for irrigation and domestic use thereof, as reserved in the deed recorded May 19, 1952 as Instrument No. 925, Official Records.

3. No other right, title, or interest in or to the substitute res shall exist therein. The government is ordered to dispose of the forfeited property in accordance with law.

4. The court finds that there was reasonable cause for the institution of this action. This judgment constitutes a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

5. Each of the parties shall bear its own fees and costs in connection with this action.

DATED: 3/8/2019

HONONABLE PATRICK J. WALSH
UNITED STATES CHIEF MAGISTRATE JUDGE

PRESENTED BY:

/s/John J. Kucera
JOHN J. KUCERA
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA