Mandatory Chambers Copy

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>3750 MAYFAIR DRIVE, PASADENA, CALIFORNIA 91107,<br><br>Defendant.<br><br>NANCY YIH, aka "I-YUN YIH LU," aka "I YUN YIH,"<br><br>Claimant. | No. CV 14-07148-PJW<br><br>[~~PROPOSED~~] **CONSENT JUDGMENT AS TO 3750 MAYFAIR DRIVE, PASADENA, CALIFORNIA 91107** |

Plaintiff, the United States of America ("plaintiff" or the "government"), and Claimant Nancy Yih, aka "I-Yun Yih Lu," aka "I Yun Yih ("Yih" or "Claimant") have made a stipulated request for the entry of this Consent Judgment.

The court, having considered the stipulation of the parties, and good cause appearing therefor, HEREBY ORDERS, ADJUDGES AND DECREES:

1. The government has given and published notice of this action as required by law, including Rule G of the Supplemental

1  Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions,
2  Federal Rules of Civil Procedure, and the Local Rules of this Court.
3  No Person or entity other than Yih has filed a timely claim or
4  answer, and the time for filing claims and answers has expired.
5  This Court has jurisdiction over the parties and the defendant real
6  property.  Any potential claimants to the defendant real property
7  other than Yih are deemed to have admitted the allegations of the
8  complaint.  Nothing in this consent judgment is intended or should
9  be interpreted as an admission of wrongdoing by Claimant, nor should
10 this consent judgment be admitted in any criminal proceeding against
11 Claimant to prove any of the facts relied upon to establish
12 reasonable cause for the initiation of this action against the
13 defendant property.
14       2.   The United States of America shall have judgment to the
15 defendant real property and all proceeds from the sale of the
16 defendant real property, located at: 3750 Mayfair Drive, Pasadena,
17 California 91107, Assessor's Parcel No. 5757-023-001, more
18 particularly described as:
19         The real property in the City of Pasadena, County of Los
20         Angeles, State of California, described as: Lot 44 of Tract
21         No. 15212, in the City of Pasadena, County of Los Angeles,
22         State of California, as per Map Recorded in Book 364, Pages
23         45 and 46 of Maps, in the Office of the County Recorder of
24         said County.
25       3.   No other right, title, or interest to the proceeds of the
26 defendant real property shall exist therein.  The government is
27 ordered to dispose of the forfeited property in accordance with law.
28

4. The court finds that there was reasonable cause for the seizure of the defendant property and the institution of this action. This judgment constitutes a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

5. Each of the parties shall bear its own fees and costs in connection with this action.

DATED: 3/8/2019

*[signature]*
HONONABLE PATRICK J. WALSH
UNITED STATES CHIEF MAGISTRATE JUDGE

PRESENTED BY:

/s/John J. Kucera
JOHN J. KUCERA
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA